# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:02CV70

| | | |
|---|---|---|
| **SPIROFLOW SYSTEMS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FLEXICON CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been pending for a long period. In an effort to move the case forward, the Court will convene a status hearing. Counsel for the parties should be prepared to discuss all aspects of the case, including particularly the procedural history of the case, its underlying facts, and their contentions in the various motions now pending before the Court.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on November 7, 2006 for a Status Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: October 10, 2006

David C. Keesler
United States Magistrate Judge