**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:02CV70**

| | | |
|---|---|---|
| **SPIROFLOW SYSTEMS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FLEXICON CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court hereby amends its previous Order (Document No. 73), filed October 10, 2006 to change the date of the Status Hearing.

     **IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on December 5, 2006 for a Status Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: October 12, 2006

David C. Keesler
United States Magistrate Judge