# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:02CV70

| | |
|---|---|
| **SPIROFLOW SYSTEMS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **FLEXICON CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court hereby amends its previous Order (Document No. 74), filed October 12, 2006 to change the date of the Status Hearing. Counsel for the parties shall appear before the undersigned on November 29, 2006 prepared to summarize the status of this case and to address whether the Court should conduct a *Markman* hearing in this case.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **November 29, 2006** for a Status Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: November 6, 2006

David C. Keesler
United States Magistrate Judge