**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:02CV70**

| | | |
|---|---|---|
| SPIROFLOW SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| FLEXICON CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

**THIS CAUSE** coming on to be heard, and being heard on motion by Plaintiff for a claim construction hearing, and the motion having been granted for good cause shown on November 29, 2006, the Court hereby enters the following scheduling order:

1. The parties will file by close of business on December 22, 2006, simultaneous supplemental legal memoranda, not to exceed 10 pages, directed to the parties' claim construction issues. These supplemental memoranda will include a concise summary of the proposed claim construction being urged by the submitting party.

2. On January 24, 2007 the Court will hold a claim construction hearing, and a hearing on the parties' pending motions for summary judgment. The parties will be advised of the exact time and location of these hearings by subsequent order.

SO ORDERED.

Signed: December 5, 2006

David C. Keesler
United States Magistrate Judge