# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Spiroflow Systems, Inc.,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:02-cv-70

Flexicon Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2007 Order.

**Signed: August 27, 2007**

Frank G. Johns, Clerk
United States District Court