**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:02CV70-DCK**

| | |
|---|---|
| SPIROFLOW SYSTEMS, INC., ) <br> a North Carolina corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLEXICON CORPORATION, ) <br> a New Jersey corporation ) <br> ) <br> Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** pursuant to a telephone conference conducted this date with counsel for Plaintiff, Spiroflow Systems, Inc., and Defendant, Flexicon Corporation. The purpose of the telephone conference was to discuss with counsel the question of whether the Court would request supplemental briefing on the issue of whether attorneys' fees should be awarded in this matter. Respecting the well-expressed views of Messrs. Adams and Lawson on behalf of their respective clients, the Court in its discretion determines that it may benefit from additional briefing on this question and will direct the same.

**IT IS THEREFORE ORDERED** that the parties shall file supplemental briefs on the question of awarding attorneys' fees on the following schedule: Defendant, Flexicon Corporation, shall file its supplemental brief on or before **July 11, 2008**; Plaintiff, Spiroflow Systems, Inc., shall file its responsive supplemental brief on or before **July 25, 2008**.

**SO ORDERED**.

Signed: June 26, 2008

David C. Keesler
United States Magistrate Judge