# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL ACTION NO. 3:02-CV-70-DCK

| | |
|---|---|
| SPIROFLOW SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FLEXICON CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. By "Order" (Document No. 109) filed on August 14, 2008, the undersigned granted the "Defendant's Motion For Leave To File A Reply..." (Document No. 108). It was then, and remains, the Court's intention that Plaintiff be allowed to file a sur-reply, if it wishes.

**IT IS, THEREFORE, ORDERED** that Plaintiff may file a sur-reply to "Defendant's Reply..." (Document No. 108-2) on or before **August 25, 2008**.

Signed: August 20, 2008

David C. Keesler
United States Magistrate Judge